UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, V. FNU JOHN SADIQULLAH, Defendant. | CRIMINAL NO. 5:19-101-KKC **JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Defendant Fnu John Sadiqullah's motion to vacate under 28 U.S.C. § 2255 (DE 220) is DENIED;

2) a certificate of appealability will not be issued, Sadiqullah having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2);

3) this judgment is FINAL and APPEALABLE; and

4) this matter is DISMISSED and STRICKEN from the Court's active docket.

This 5th day of June, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY